Robin E. Perkins, Esq.
Nevada Bar No. 9891
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
rperkins@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KK REAL ESTATE INVESTMENT FUND, LLC, a Nevada limited liability company, | CASE NO. 2:19-cv-00046-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, N.A., a national banking association; QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

It is hereby stipulated by and between Plaintiff KK Real Estate Investment Fund, LLC, Defendant Quality Loan Service Corporation, and Defendant Wells Fargo Bank, N.A., by and through their respective counsel (collectively the "Parties"), that this action be dismissed in its entirety with prejudice, with each party to bear their own fees and costs. The parties also request that this Court vacate the preliminary injunction issued on December 21, 2018.

**IT IS SO STIPULATED.**

Dated: February 1, 2019                    Dated: February 1, 2019

HONG & HONG                                MCCARTHY HOLTHUS, LLP

By: */s/ Joseph Y. Hong*                   By: */s/ Kristin A. Schuler-Hintz*
    Joseph Y. Hong, Esq.                      Kristin A. Schuler-Hintz, Esq.
    Nevada Bar No. 5995                       Nevada Bar No. 7171
    1980 Festival Plaza Dr., Suite 650        Matthew D. Dayton, Esq.
    Las Vegas, NV 89135                       Nevada Bar No. 11552
    *Attorneys for Plaintiff KK Real Estate*       9510 W. Sahara Ave., Ste., 200
    *Investment Fund, LLC*                    Las Vegas, NV 89117
                                              *Attorneys for Defendant Quality Loan*
                                              *Service Corporation*

Dated: February 1, 2019

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Robin E. Perkins, Esq.
    Nevada Bar No. 9891
    Holly E. Cheong, Esq.
    Nevada Bar No. 11936
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank,*
    *N.A.*

## ORDER

The Court, having considered the foregoing Stipulation and Order for Dismissal with Prejudice, and good cause appearing;

**IT IS HEREBY ORDERED:**

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

A.    That the above-captioned action is dismissed in its entirety with prejudice;

B.    That all pending motions and related filings are withdrawn;

C.    That the preliminary injunction issued on December 21, 2018 is vacated; and

D.    That the Parties shall bear their own attorneys' fees and costs in the above-captioned action.


IT IS SO ORDERED.


Dated: February 1, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200